B1 (Official Form 1)(04/13)

| UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):
**Jackson, Lemichael  W** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN
(if more than one, state all): **8613** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN
(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):
**214 Douglas Street**
**Freeport, Illinois**                                    ZIP CODE    **61032** | Street Address of Joint Debtor (No. and Street, City, and State):

ZIP CODE |
| County of Residence or of the Principal Place of Business:
**STEPHENSON** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):

ZIP CODE | Mailing Address of Joint Debtor (if different from street address):

ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                         ZIP CODE | |

| Type of Debtor
(Form of Organization)
(Check one box.) | Nature of Business
(Check one box.) | Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box.) |
|---|---|---|
| [X] Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
[ ] Corporation (includes LLC and LLP)
[ ] Partnership
[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business
[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[ ] Other | [X] Chapter 7          [ ] Chapter 15 Petition for
[ ] Chapter 9              Recognition of a Foreign
[ ] Chapter 11            Main Proceeding
[ ] Chapter 12          [ ] Chapter 15 Petition for
[ ] Chapter 13            Recognition of a Foreign
                                 Nonmain Proceeding |

| Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity
(Check box, if applicable.)

[ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts
(Check one box.)

[X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | [ ] Debts are primarily business debts. |
|---|---|---|---|

| Filing Fee (Check one box.)

[ ] Full Filing Fee attached.

[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

[X] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors
Check one box:
[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
[ ] A plan is being filed with this petition.
[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| [ ] 1-49 | [X] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [X] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): Jackson, Lemichael W |
| *(This page must be completed and filed in every case.)* | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed:  **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:  **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X   **s/Laura L McGarragan**
Signature of Attorney for Debtor(s)      (Date)
**Bar No.: 6199753**

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition |
|---|
| *(This page must be completed and filed in every case.)* |

## Signatures

<table>
<tr>
<td><b>Signature(s) of Debtor(s) (Individual/Joint)</b></td>
<td><b>Signature of a Foreign Representative</b></td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **s/Lemichael W Jackson**
_____
Signature of Debtor    **Lemichael W Jackson**

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td><b>Signature of Attorney*</b></td>
<td><b>Signature of Non-Attorney Bankruptcy Petition Preparer</b></td>
</tr>
<tr>
<td>

X   **s/Laura L McGarragan**
_____
Signature of Attorney for Debtor(s)
**Laura L McGarragan**
_____
Printed Name of Attorney for Debtor(s)
**McGarragan Law Offices**
_____
Firm Name
**1004 N. Main Street**
**Rockford, Illinois 61103**
_____
Address
**(815) 961-1111**
_____
Telephone Number
_____
Date
**Bar No.: 6199753**
**Fax: (800) 598-0656**
**E-mail: laura@mcgarraganlaw.com**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

<b>Signature of Debtor (Corporation/Partnership)</b>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
<td></td>
</tr>
</table>

B6A (Official Form 6A) (12/07)

In re **Lemichael  W Jackson,** _____        Case No. _____
                            **Debtor**                                                         **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **Lemichael  W Jackson,**_____   Case No. _____
                            **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | | $5.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Rent Security Deposit | | $475.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel | | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  Lemichael  W Jackson, _____     Case No. _____
                           **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  **Lemichael  W Jackson,** _____     Case No. _____
  **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Mercury Moutaineer | | $500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

<u>2</u> continuation sheets attached        Total ▶        | $1,480.00 |
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re  **Lemichael  W Jackson,**_____     Case No. _____
        **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $155,675.*
☐  11 U.S.C. § 522(b)(2)
☒  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand | 735 ILCS 5/12-1001(b) | $5.00 | $5.00 |
| Rent Security Deposit | 735 ILCS 5/12-1001(b) | $475.00 | $475.00 |
| Wearing Apparel | 735 ILCS 5/12-1001(a),(e) | $500.00 | $500.00 |
| 1999 Mercury Moutaineer | 735 ILCS 5/12-1001(c) | $500.00 | $500.00 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re __Lemichael W Jackson_____,   Case No. _____

                       **Debtor**                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1160<br><br>**Credit Acceptance Corp.**<br>**PO BOX 513**<br>**Southfield, MI 48037**<br>**Full Account No.: 30231160** | | | **1999 Mercury Moutaineer**<br><br><br>VALUE $     **$500.00** | | | | **$800.00** | **$300.00** |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets<br>    attached | Subtotal ▶<br>(Total of this page) | $         **800.00**   $       **300.00** |
| | Total ▶<br>(Use only on last page) | $         **800.00**   $       **300.00** |
| | | (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

**In re** <u>Lemichael  W Jackson</u>                                    ,        Case No._____
                        Debtor                                                                          *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition  is filed, state whether the  husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ] **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/13) – Cont.

**In re**  **Lemichael  W Jackson**_____ ,        **Case No.**_____

Debtor                                              *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__ continuation sheets attached

In re **Lemichael  W Jackson** _____,    Case No. _____
                  **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    0000**<br><br>**Affirmative Insurance Services**<br>**PO Box 9030**<br>**Addison, TX 75001-9030**<br>**Full Account No.:**<br>**0006555950000** | | | **Insurance collection** | | | | **$304.00** |
| **ACCOUNT NO.    7712**<br><br>**Afni, Inc.**<br>**PO Box 3517**<br>**Bloomington, IL 61702-3517**<br>**Full Account No.: 2107712** | | | **Collection / US Cellular** | | | | **$487.00** |
| **Notes: Addtional Account #'s - Afni 038382424 & 103838*** ; US Cellular 211145954 ;** | | | | | | | |
| **Additional Contacts for Afni, Inc. (7712):**<br><br>**US Cellular (8410 W. Bryn Mawr Avenue, Chicago, Illinois 60631)**<br>**8410 W. Bryn Mawr Avenue**<br>**Chicago, IL 60631** | | | | | | | |

Subtotal▶  $    **791.00**

**24** continuation sheets attached

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Lemichael  W Jackson _____ ,          Case No. _____
                        **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**        8394<br>**Alden Park Strathmoor**<br>**5668 Strathmoor Drive**<br>**Rockford, IL 61107-5199**<br>**Full Account No.: 008394** | | | **Medical / Collection** | | | | **$3,677.48** |
| **Notes: This bill is coming to both LeMichael Jackson and his brother Myren Jackson.  LeMichael is Myren's POA** | | | | | | | |
| Additional Contacts for Alden Park Strathmoor (8394):<br><br>**Silvestri Law Office**<br>**2208 Charles Street**<br>**Rockford, IL 61104** | | | | | | | |
| **ACCOUNT NO.**        LM50<br>**Allen Penticoff**<br>**6302 11th Street**<br>**Rockford, IL 61109** | | | **Civil Jugment** | | | | **$1,634.00** |
| **Notes: Allen Penticoff vs. Le Michael Jackson 2011LM50 - Stephenson County** | | | | | | | |
| **ACCOUNT NO.**        2583<br>**Allied Business Account, Inc.**<br>**300 1/2 South 2nd Street**<br>**PO Box 1600**<br>**Clinton , IA 52733-1600**<br>**Full Account No.: L00012583** | | | **Medical Collection** | | | | **$238.00** |
| **Notes: Additonal Account #'s  H00012624** | | | | | | | |

Sheet no. __1__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **5,549.48**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lemichael  W Jackson** _____ ,    Case No. _____
        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    0065 <br> **Allied Interstate** <br> **3000 Corporate Exchange** <br> **Drive 5th Fl** <br> **Columbus, OH 43231** <br> **Full Account No.: 9340065** | | | **Collection / Utilities** | | | | **$105.00** |
| **Additional Contacts for Allied Interstate  (0065):** <br><br> **SBC Illinois** <br> **6000 Ivy Lane** <br> **Waterloo, IL 62299** | | | | | | | |
| **ACCOUNT NO.**    2211 <br> **Allied Interstate** <br> **3000 Corporate Exchange** <br> **Drive 5th Fl** <br> **Columbus, OH 43231** <br> **Full Account No.: A64070461 /** <br> **P54382211** | | | **Collection** | | | | **$3,282.00** |
| **Notes: Ascent Card Services, LLC -acct # - 4185340103468673 ; Plains Commerce Bank - 418534010346**; <br> **Additional Contacts for Allied Interstate  (2211):** <br><br> **Ascent Card Services, LLC** <br> **(200 Meeting Street Ste. 206,** <br> **Charleston, South Carolina** <br> **29401-3187)** <br> **200 Meeting Street Ste. 206** <br> **Charleston, SC 29401-3187** <br><br> **Plains Commerce Bank** <br> **220 Main Street** <br> **Hoven, SD 57450** | | | | | | | |

Sheet no. __2__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **3,387.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Lemichael  W Jackson**                                    ,          Case No. _____
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9980 **Amcore Bank d/b/a BMO Harris Bank** 903 3rd Ave. Rockford, IL 61103 Full Account No.: 9800799980 | | | Checking Account / Charge Off | | | | $145.00 |
| **ACCOUNT NO.** M273 **Amy Klentz** 406 Grove Street Lena, IL 61048 Full Account No.: 2002LM273 | | | Civil Judgment | | | | $729.00 |
| Notes: Amy Klentz vs. LeMichael Jackson  2002LM273 - Stephenson County | | | | | | | |
| **ACCOUNT NO.** 8723 **Arnold Scott Harris, P.C.** 111 West Jackson Blvd. Ste. 600 Chicago, IL 60604 Full Account No.: 35928723 | | | Collection | | | | $2,102.00 |
| Notes: Winnebago County IL - 199TR0058885 | | | | | | | |
| **ACCOUNT NO.** 2953 **Aspen Card Services Correspondence** PO Box 105555 Atlanta, GA 30348-5555 Full Account No.: 5181870012052953 | | | Credit Card | | | | $312.00 |
| | | | | | | | |

Sheet no. **3** of **24** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **3,288.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Lemichael  W Jackson _____ ,    Case No. _____
_____                                      _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8673 **Capital Management Services, LP 698 1/2 South Ogden Street Buffalo, NY 14206-2317 Full Account No.: 4185340103468673** | | | **Collection** | | | | **$3,377.00** |
| Additional Contacts for Capital Management Services, LP (8673): Ascent Card Services, LLC (200 Meeting Street Ste. 206, Charleston, South Carolina 29401-3187) 200 Meeting Street Ste. 206 Charleston, SC 29401-3187<br><br>Plains Commerce Bank 220 Main Street Hoven, SD 57450 | | | | | | | |
| **ACCOUNT NO.** 2292 **Capital One Bank Usa NA PO Box 30281 Salt Lake City, UT 84130 Full Account No.: 4121742236772292** | | | **Credit Card** | | | | **$1,638.00** |
| **ACCOUNT NO.** 6701 **City Of Chicago Department Of Finance Citation Admin. PO Box 4641 Chicago, IL 60680 Full Account No.: 00004919946701** | | | **Collection / Parking Tickets - Chicago** | | | | **$101.62** |
| | | | | | | | |

Sheet no.__4__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **5,116.62**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Lemichael  W Jackson</u>                    ,            Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    C189 **Collection Systems Of Freeport** 206 W. Stephenson Street Freeport, IL 61032 Full Account No.: 1997SC189 | | | **Civil Judgment** | | | | $438.25 |
| Notes: Collection Systems Of Freeport vs. LeMichael Jackson  1997SC189 | | | | | | | |
| **ACCOUNT NO.**    8638 **Comcast Cable** PO Box 3002 Southeastern, PA 19398-3002 Full Account No.: 8771103420318638 | | | **Utility / Cable** | | | | $508.00 |
| Additional Contacts for Comcast Cable (8638): **Credit Protection Association** (133355 Noel Road, Dallas, Texas 75240) 13355 Noel Road Suite 2100 Dallas, TX 75240  **Southwest Credit Systems, L.P.** 4120 International Pkwy, Suite 1100 Carrolton, IL 75007-1958 | | | | | | | |
| **ACCOUNT NO.**    0029 **ComEd** PO Box 6111 Carol Stream, IL 60197-6111 Full Account No.: 2230260029 | | | **Electric / Utility** | | | | $1,132.00 |
| Notes:  Additonal account #'s - Contract Callers, Inc -CC1241*** ; | | | | | | | |

Sheet no.__5__ of __24__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **2,078.25**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re <u>Lemichael  W Jackson</u>                                          ,         Case No. _____
    **Debtor**                                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for ComEd (0029):** | | | | | | | |
| **Contract Callers, Inc (PO Box 212609, Augusta, Georgia 30917)** PO Box 212609 Claussen Road Ste. 110 Augusta, GA 30917 <br><br> **ARC** 1058 Claussen Road Suite 110 Augasta, GA 30907-0301 | | | | | | | |
| **ACCOUNT NO.        03\*\*** <br><br> **Creditors Protection SVC** 206 W. State Street Rockford, IL 61101 Full Account No.: 725066000003\*\* | | | Medical Collection | | | | $96.00 |
| **Additional Contacts for Creditors Protection SVC (03\*\*):** | | | | | | | |
| **Rockford Health Physicians** 2300 N. Rockton Ave. Rockford, IL 61103 | | | | | | | |
| **ACCOUNT NO.        3568** <br><br> **Crusaders Centra Clinic Assoc.** 1200 West State Street Rockford, IL 61102 Full Account No.: 193568 | | | Medical | | | | $37.20 |
| **Notes: Additional Account #'s JACKLEM** | | | | | | | |

Sheet no. <u>6</u> of <u>24</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      133.20

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lemichael  W Jackson** _____ ,          Case No. _____
           **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**     LM72<br><br>**Daniel Korntheur**<br>**3275 Grafton Lane**<br>**Aurora, IL 60502**<br>**Full Account No.: 2004LM72** | | | **Civil Judgment** | | | | $690.00 |
| Notes: Daniel Korntheur vs. LeMichael Jackson  2004LM72 | | | | | | | |
| **ACCOUNT NO.**     9605<br><br>**Direct TV**<br>**PO Box 6550**<br>**Greenwood Village, CO 80155-6550**<br>**Full Account No.: 63069605** | | | **Utility Bill / Direct TV** | | | | $72.00 |
| **ACCOUNT NO.**     8803<br><br>**Dish Network**<br>**DEPT 0063**<br>**Palatine, IL 60055-0063**<br>**Full Account No.: 8255909643448803** | | | **Utility Bill** | | | | $257.00 |
| **Additional Contacts for Dish Network (8803):**<br><br>**Afni, Inc. (PO Box 3517, Bloomington, Illinois 61702-3517)**<br>**PO Box 3517**<br>**Bloomington, IL 61702-3517**<br><br>**CBE Group**<br>**1309 Technology Pkwy**<br>**Cedar Falls, IA 50613**       **GC Services, LP**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081** | | | | | | | |

Sheet no. __7__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                        Subtotal▶    $        **1,019.00**

                                  Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) — Cont.

In re **Lemichael W Jackson** _____,    Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 75**<br><br>**Enhanced Recovery Company**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256**<br>**Full Account No.: 1275**** | | | **Collection - Cable / Cellular** | | | | **$635.00** |
| **Additional Contacts for Enhanced Recovery Company (75**):**<br><br>**Sprint Corporate Office**<br>**HQ (6200 Sprint Parkway**<br>**HQ, Overland Park,**<br>**Kansas 66251)**<br>**6200 Sprint Parkway HQ**<br>**Overland Park, KA 66251** | | | | | | | |
| **ACCOUNT NO.** 1872<br><br>**Enterprise - Car Rental**<br>**PO Box 1570**<br>**Davenport, IA 52806**<br>**Full Account No.: DX6241872** | | | **Collection / Rental Car Damage** | | | | **$93.75** |
| **ACCOUNT NO.** 1315<br><br>**EOS CCA**<br>**PO Box 5012**<br>**Norwell, MA 02061-0329**<br>**Full Account No.: 268961315** | | | **Collection / AT&T Mobility** | | | | **$1,683.00** |
| **Notes: Additonal Account #'s  43683522** | | | | | | | |

Sheet no. **8** of **24** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $    **2,411.75**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Lemichael  W Jackson**_____ ,          Case No. _____
                                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for EOS CCA (1315):** <br><br> **AT&T Mobility** <br> **Glenridge Highlands Two** <br> **5565 Glenridge Connector** <br> **Atlanta, GA 30342** | | | | | | | |
| **ACCOUNT NO.**    1864 <br><br> **Farmers Insurance - Payment Processing** <br> **PO Box 0991** <br> **Carol Stream, IL 60132-0991** | | | Car Insurance | | | | $307.00 |
| **Additional Contacts for Farmers Insurance - Payment Processing (1864):** <br><br> **Credit Collection Services** <br> **(Two Wells Avenue,** <br> **Newton, Massachusetts** <br> **02459)** <br> **Two Wells Avenue** <br> **Newton, MA 02459** | | | | | | | |
| **ACCOUNT NO.**    1464 <br><br> **FHN Family Counseling Center** <br> **421 West Exchange Street** <br> **Freeport, IL 61032** <br> **Full Account No.: 0021464** | | | Medical | | | | $10.00 |

Sheet no. __9__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **317.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lemichael  W Jackson** _____,        Case No. _____
          **Debtor**                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for FHN Family Counseling Center (1464):**<br><br>**Mutual Management Services**<br>**401 East State Street 2nd Fl**<br>**PO Box 4777**<br>**Rockford, IL 61110** | | | | | | | |
| **ACCOUNT NO.     5828**<br><br>**FHN Memorial Hospital**<br>**Central Business Office**<br>**PO Box 857**<br>**Freeport, IL 61032**<br>**Full Account No.: FT17425828** | | | **Medical** | | | | **$1,821.00** |
| Notes: Additional Account #'s - ST2070571088L0 ; T1540092 ; 29113 ; F16755076 ; F15400922 ; L0012583 ; ST2111010107VO ; H0001264-87 | | | | | | | |
| **Additional Contacts for FHN Memorial Hospital (5828):**<br><br>**Allied Business Accounts, Inc. (300 1/2 South Second Street, Clinton, Iowa 52733-1600)**<br>**300 1/2 South Second Street**<br>**PO Box 1600**<br>**Clinton, IA 52733-1600**<br><br>**J.C. Christensen & Associates, Inc.**<br>**PO Box 519**<br>**Sauk Rapids, MN 56379** | | | | | | | |
| **ACCOUNT NO.     6316**<br><br>**First National Credit Card**<br>**PO Box 5097**<br>**Sioux Falls, SD 61032** | | | **Credit Card** | | | | **$324.79** |
| Notes: Additional Account #'s - LHR Inc., ID 2844769 - First National Credit Card 42398012727* Legacy Visa - aka | | | | | | | |

Sheet no. **10** of **24** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **2,145.79**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Lemichael  W Jackson                                    ,            Case No. _____
          **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for First National Credit Card (6316):**<br><br>LHR, Inc.<br>56 Main Street<br>Hamburg, NY 14075-4905 | | | | | | | |
| **ACCOUNT NO.    27\*\***<br><br>First National Credit Card<br>PO Box 5097<br>Sioux Falls, SD 61032<br>Full Account No.:<br>423980102727\*\* | | | Credit Card / Collection | | | | $250.00 |
| **Notes: Additional Account #'s - LHR, Inc. - 8888455995 ;** | | | | | | | |
| **Additional Contacts for First National Credit Card (27\*\*):**<br><br>LHR, Inc.<br>56 Main Street<br>Hamburg, NY 14075-4905 | | | | | | | |
| **ACCOUNT NO.    91\*\***<br><br>First Premier Bank<br>PO Box 1348<br>Sioux Falls, SD 57101-1348<br>Full Account No.:<br>517800755991\*\* | | | Credit Card / Collection | | | | $554.00 |
| | | | | | | | |

Sheet no.  **11**  of  **24**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **804.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Lemichael  W Jackson                              ,        Case No. _____
               **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for First Premier Bank (91**):** | | | | | | | |
| **Arrow Financial Services**<br>**5996 West Touhy Avenue**<br>**Niles, IL 60714**<br><br>**LVNV Funding LLC**<br>**PO Box 10497**<br>**Greenville, SC 29603** | | | | | | | |
| **ACCOUNT NO.    None**<br><br>**Fitness Lifestyles**<br>**641 West Stephenson Street**<br>**Freeport, IL 61032** | | | | | | | $458.00 |
| **ACCOUNT NO.    8508**<br><br>**Frontier**<br>**PO Box 2951**<br>**Phoenix , AZ 85062-2951**<br>**Full Account No.:**<br>**401724334301548508** | | | **Communications Services** | | | | $297.00 |
| **ACCOUNT NO.    3169**<br><br>**GC Services, LP**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081**<br>**Full Account No.: 113169** | | | **Collection / Student Loan w/ ECMC** | | | | $9,759.00 |
| **Notes: ERS, Inc. Account # - 6154598** | | | | | | | |

Sheet no. __12__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $        **10,514.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Lemichael W Jackson</u>                              ,        Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for GC Services, LP (3169):**<br><br>**Enterprise Recovery Services, Inc. (2000 York Road, Suite 114, Oakbrook, Illinois 60523)**<br>**2000 York Road, Suite 114**<br>**Oakbrook, IL 60523**<br><br>**Enterprise Recovery System, Inc.**<br>**2000 York Road**<br>**Suite 114**<br>**Oakbrook , IL 60523** | | | | | | | |
| **ACCOUNT NO.**   C836<br><br>**Heights Finance Corporation**<br>**5301 East State Street**<br>**Rockford, IL 61108**<br>**Full Account No.: 1998SC836** | | | **Civil Judgment  1998SC836 ; Heights Financial Services Account # 3906229845412947** | | | | $717.00 |
| **ACCOUNT NO.**   06**<br><br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197**<br>**Full Account No.: 512025500906****</br> | | | **Credit Card** | | | | $816.00 |
| **ACCOUNT NO.**   tion<br><br>**ICUL Services Corporation**<br>**1807 West Diehl Road**<br>**Naperville, IL 60563**<br>**Full Account No.: ICUL Service Corporation** | | | | | | | $650.00 |
| Sheet no. **13** of **24** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal▶ | | | $ | **2,183.00** |
| | | | Total▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | |

In re **Lemichael  W Jackson**_____,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  8613<br>**Illinois Dept. of Revenue - BK Correspondence**<br>**100 West Randolph Street**<br>**Attn: 7th Floor Bankruptcy Unit**<br>**Chicago , IL 60601**<br>**Full Account No.: 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** | | | **2006 State Tax owed** | | | | $67.36 |
| **ACCOUNT NO.**  88**<br><br>**Jefferson Capital System**<br>**16 McLeland Road**<br>**Saint Cloud, MN 56303**<br>**Full Account No.: 268773888*** | | | **Factoring Company Account** | | | | $151.00 |
| Notes: Additonal Account #'s - Cit Bank / Fingerhut Direct Marketing - 627645601126*<br>Additional Contacts for Jefferson Capital System (88**):<br><br>**Fingerhut Direct Marketing (7777 Golden Triangle Drive, Eden Prairie, Minnesota 55344)**<br>**7777 Golden Triangle Drive**<br>**Eden Prairie, MN 55344** | | | | | | | |
| **ACCOUNT NO.**  47**<br><br>**LHR, Inc.**<br>**56 Main Street**<br>**Hamburg, NY 14075-4905**<br>**Full Account No.: 28447*** | | | **Factoring Company Account** | | | | $476.00 |

Sheet no.__14__of__24__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $          **694.36**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Lemichael  W Jackson_____,     Case No. _____
           **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for LHR, Inc. (47**): | | | | | | | |
| **Capital Card Services 500 East 60th Street North Sioux Falls, SD 5701** | | | | | | | |
| ACCOUNT NO.      8613 **Linebarger Goggan Blair & Sampson, LLP Attorneys At Law P.O. Box 06268 Chicago, IL 60606-0268 Full Account No.: 342648613** | | | Collection Re: Illinois Dept of Human Services | | | | $133.10 |
| Notes: Reference # 320772 | | | | | | | |
| ACCOUNT NO.      7357 **Linebarger Goggan Blair & Sampson, LLP Attorneys At Law PO Box  06152 Chicago, IL 60606-0152 Full Account No.: 17027357** | | | Collection | | | | $244.00 |
| Notes: City of Chicago - Citation #'s   5002867 & 9053550959 | | | | | | | |
| ACCOUNT NO.      7528 **Midland Credit Management, Inc. PO Box 60578 Los Angeles, CA 90060-0578 Full Account No.: 8545247528** | | | Collection | | | | $756.00 |
| Notes: Additonal Account #'s MCM- 8532417954 ; First Bank Of Delaware- 5259830037748073 & 520605800063 ; First National Collection 039085144 | | | | | | | |

Sheet no.__15__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **1,133.10**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Lemichael  W Jackson**_____ ,        Case No. _____
                    **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Midland Credit Management, Inc. (7528):**<br><br>   **First Bank of Delaware (1000 Rocky Run Parkway, Wilmington, Delaware 19803)**<br>**1000 Rocky Run Parkway Wilmington, DE 19803**<br><br>**First National Collection Bureau, Inc.**<br>**610 Waltham Way**<br>**Sparks, NV 89434** | | | **Midland Funding LLC**<br>**8875 Aero Drive**<br>**Suite 200**<br>**San Diego, CA 92123** | | | | |
| **ACCOUNT NO.    41\*\***<br><br>**Midland Funding LLC**<br>**8875 Aero Drive**<br>**Suite 200**<br>**San Diego, CA 92123**<br>**Full Account No.: 853241\*\*** | | | **Credit Card Collection / MasterCard** | | | | **$533.00** |
| **Additional Contacts for Midland Funding LLC (41\*\*):**<br><br><br>   **Tribute - Card Services**<br>**PO Box 105734**<br>**Atlanta, GA 30348-5555** | | | | | | | |
| **ACCOUNT NO.      8135**<br><br>**Monroe Clinic**<br>**2009 5th Street**<br>**Monroe, WI 53566-1575**<br>**Full Account No.: 38135** | | | **Medical** | | | | **$16.00** |
| | | | | | | | |

Sheet no.__**16**__ of __**24**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $          **549.00**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Lemichael  W Jackson _____ ,    Case No. _____
         **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  C226 <br> **MRC Receivables Corp.** <br> **5775 Roscoe  Court** <br> **San Diego, CA 92123** <br> **Full Account No.: 2007SC226** | | | **Civil Judgment 2007SC226** | | | | **$1,037.00** |
| Notes: Stephenson Magistrate 2007SC226 | | | | | | | |
| **ACCOUNT NO.**  1464 <br> **Mutual Management Services** <br> **401 East State Street 2nd Fl** <br> **PO Box 4777** <br> **Rockford, IL 61110** <br> **Full Account No.: 21464** | | | **Medical Collection** | | | | **$2,456.00** |
| Notes: Additonal account #'s FHN Center Bus Office = 21464 ; Northern Illinois Scanning = 12616 ; Radiology Consult of Rkfd = 87755 ; FHN Business Offices /Family Counseling 21464 <br> Additional Contacts for Mutual Management Services (1464): <br><br> **Northern Illinois Scanning** <br> **1401 East State Street** <br> **Rockford, IL 61104** <br><br> **Radiology Consult of Rockford** <br> **1401 East State Street** <br> **Rockford, IL 61104** | | | | | | | |
| **ACCOUNT NO.**  1201 <br> **National Credit Solutions, LLC** <br> **PO Box 15779** <br> **Oklahoma City, OK 73155-0779** <br> **Full Account No.: 468591201** | | | **Collection** | | | | **$251.00** |
| Notes: Roycel Financial Inc. account # 23491 | | | | | | | |

Sheet no. **17** of **24** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **3,744.00**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Lemichael  W Jackson_____,    Case No. _____
               **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for National Credit Solutions, LLC (1201):** <br><br> **Royce Financial, Inc.** <br> **617 South Rockford Avenue** <br> **Rockford, IL 61104-1607** | | | | | | | |
| **ACCOUNT NO.**    on,L <br><br> **New Horizons Counseling Center** <br> **34 N. Whistler Avenue** <br> **Freeport, IL 61032** <br> **Full Account No.: Jackson,L** | | | | | | | $63.00 |
| **ACCOUNT NO.**    95 8 <br><br> **Nicor Gas (P.O. Box 0632, Aurora, Illinois 60507-0632)** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** <br> **Full Account No.: 61-70-08-3895 8** | | | **Utility/ Nicor Gas** | | | | $3,401.00 |

**Notes: Other account #'s  8322524799 ; Ref #  040949343**

**Additional Contacts for Nicor Gas (P.O. Box 0632, Aurora, Illinois 60507-0632) (95 8):**

    **Asset Acceptance LLC (PO Box 2036, Warren, Michigan 48090-2036)**
    **PO Box 2036**
    **Warren, MI 48090-2036**

    **Asset Acceptance LLC**
    **PO Box 2036**
    **Warren, MI 48090-2036**

    **See Attachment 1 - First Additional Contact**

Sheet no. __18__ of __24__ continuation sheets attached    Subtotal▶   $   **3,464.00**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Lemichael  W Jackson_____,        Case No. _____
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    SC32<br><br>**Northern Illinois Podiatry**<br>**521 West Main Street**<br>**Freeport, IL 61032**<br>**Full Account No.: 1993SC32** | | | **Civil Judgment** | | | | $163.00 |
| Notes: Northern Illinois Podiatry vs. Le Michael Jackson - 1993SC32 | | | | | | | |
| **ACCOUNT NO.**    9262<br><br>**Pioneer Credit Recovery, Inc.**<br>**PO Box 348**<br>**Arcade, NY 14009-0348**<br>**Full Account No.: 419262** | | | **Collcection - Eduction Credit MGT Acct # -**<br>***********01 ; ***********02** | | | | $10,100.00 |
| Additional Contacts for Pioneer Credit Recovery, Inc. (9262):<br><br>**Educational Credit Management**<br>**1 Imation Place**<br>**Building 2**<br>**Oakdale, MN 55128** | | | | | | | |
| **ACCOUNT NO.**    2022<br><br>**Rockford Health Systems**<br>**PO Box 14125**<br>**Rockford, IL 61105-4125**<br>**Full Account No.: 2008992022** | | | **Medical collection** | | | | $963.00 |

Sheet no.__19__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $   **11,226.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Lemichael  W Jackson _____ ,        Case No. _____
       **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.      A395**<br><br>**Rockford Health Systems**<br>**2300 N. Rockton Avenue**<br>**Rockford, IL 61103** | | | **Medical collection** | | | | **$96.15** |
| **ACCOUNT NO.      00\*\***<br><br>**SallieMae**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773-9500**<br>**Full Account No.:**<br>**93978602721000\*\*** | | | **Student Loan / Collection** | | | | **$9,080.00** |
| **ACCOUNT NO.      72-1**<br><br>**SallieMae**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773-9500** | | | **Student Loan** | | | | **$6,078.00** |
| **ACCOUNT NO.      2688**<br><br>**SFC Of Illinois, L.P. d/b/a**<br>**Security Finance**<br>**423 West South Street**<br>**Freeport, IL 61032** | | | **Cash Loan** | | | | **$441.00** |

**Notes: Loan # 22688**

Sheet no. __20__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  |  $  **15,695.15**

Total▶  |  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Lemichael  W Jackson_____ ,          Case No. _____
             **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1154 <br><br>**Specialized Card Service** <br>**5001 W. 41st Street** <br>**Sioux Falls, SD 57106-1424** <br>**Full Account No.:** <br>**4405610310141154** | | | **Credit Card** | | | | $556.00 |
| **ACCOUNT NO.** None <br><br>**Stonedine** <br>**SE 15820 Euclid Ave.** <br>**Chino, CA 91708** | | | **Retail Sales** | | | | $269.00 |
| **ACCOUNT NO.** 8*** <br><br>**The Loan Company** <br>**2356 Moore Street** <br>**Suite 201** <br>**San Diego, CA 92110** | | | **Installment Account** | | | | $226.00 |
| **ACCOUNT NO.** 4772 <br><br>**T-Mobile** <br>**PO Box 742596** <br>**Cincinnati, OH 45274-2596** <br>**Full Account No.: 730054772** | | | **Cell Phone -** | | | | $1,251.00 |

**Notes: Additional Account #  T-Mobile  805543148 ; MCM  8553156705 ; ERS R-92598668**

Sheet no. __21_ of __24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $       **2,302.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Lemichael  W Jackson</u>                              ,          Case No. _____
             **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for T-Mobile (4772):**<br><br>**MCM**<br>**8875 Aero Drive**<br>**Suite 200**<br>**San Diego, CA 92123**<br><br>**ER Solutions, Inc**<br>**PO Box 9004**<br>**Renton, WA 98057** | | | | | | | |
| **ACCOUNT NO.    M121**<br><br>**Trent J. Wingert d/b/a T&D Investments**<br>**640 W. South Street**<br>**Freeport, IL 61032**<br>**Full Account No.: 2002LM121** | | | **Civil Judgment** | | | | **$769.00** |
| **Notes: T&D Investments c/o Trent J. Wingert vs. LeMichael Jackson - 2002LM121** | | | | | | | |
| **ACCOUNT NO.    8073**<br><br>**Tribute - Card Services**<br>**PO Box 105734**<br>**Atlanta, GA 30348-5555**<br>**Full Account No.:**<br>**5259830037748073** | | | **Credit Card** | | | | **$675.00** |
| **ACCOUNT NO.    1627**<br><br>**US Cellular**<br>**8410 W. Bryn Mawr Avenue**<br>**Chicago, IL 60631**<br>**Full Account No.: 209621627** | | | **Cellular Bill** | | | | **$128.00** |
| **Notes: Additional Account #'s - 211145954 ; 1038382424 ; 103832354** | | | | | | | |

Sheet no.__22__ of __24__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **1,572.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Lemichael  W Jackson                                    ,        Case No. _____
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for US Cellular (1627):** | | | | | | | |
| **Afni, Inc. (PO Box 3517, Bloomington, Illinois 61702-3517) PO Box 3517 Bloomington, IL 61702-3517** | | | | | | | |
| **ACCOUNT NO.      8931** | | | **Collection** | | | | |
| **Vital Recovery Services, Inc. PO Box 923747 Norcross, GA 30010-3747 Full Account No.: 015988931** | | | | | | | $639.32 |
| **Notes: LVNV Funding account # - 5178007559911581** | | | | | | | |
| **Additional Contacts for Vital Recovery Services, Inc. (8931):** | | | | | | | |
| LVNV Funding, LLC (PO Box 3038, Evansville, Indiana 3038) PO Box 3038 Evansville, IN 3038  Capital Management Services, LP 698 1/2 South Ogden Street Buffalo, NY 14206-2317  See Attachment 2 - First Additional Contact | | | | | | | |
| **ACCOUNT NO.      5406** | | | **Medical collection** | | | | |
| **WellCare PO Box 78230 Phoenix, AZ 85062 Full Account No.: 3695406** | | | | | | | $13.00 |
| | | | | | | | |

Sheet no. __23__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ **652.32**

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Lemichael  W Jackson_____,        Case No. _____
             **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 01**<br><br>**World Finance Corporation**<br>**PO Box 6429**<br>**Greenville, SC 29606** | | | **Cash Loan** | | | | **$408.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __24__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **408.00**

Total▶  $  **81,178.02**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

# Attachment

**Attachment 1**

    **First Additional Contact**

        **First National Collection Bureau**
        **PO Box 51660**
        **Sparks, NV 89435**

**Attachment 2**

    **First Additional Contact**

        **First Premier Bank**
        **PO Box 1348**
        **Sioux Falls, SD 57101-1348**

B 6G (Official Form 6G) (12/07)

In re **Lemichael  W Jackson,**                                          Case No. _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any
timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is
the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or
contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and
address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the
child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   ☐ Check this box if debtor has no executory contracts or unexpired leases.

| **NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT.** | **DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT.** |
| --- | --- |

B 6H (Official Form 6H) (12/07)

In re **Lemichael  W Jackson,** _____     Case No. _____
                                        **Debtor**                                                **(if known)**

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re    Lemichael  W Jackson,                                    Case No. _____
                  **Debtor**                                                                          **(if known)**

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| **Single** | RELATIONSHIP(S):  **N/A** | | AGES(S):  **N/A** | |
| **Employment:** | DEBTOR | | SPOUSE | |
| Occupation | **Unemployed** | | | |
| Name of Employer | | | | |
| How long employed | | | | |
| Address of Employer | ***Debtor employer state RMC[COUNTER]*** | | | |

INCOME: (Estimate of average or projected monthly income at time case filed)                    DEBTOR                    SPOUSE

1.  Monthly gross wages, salary, and commissions
    (Prorate if not paid monthly)     $ _____   $ _____
2.  Estimate monthly overtime     $ _____   $ _____

3.  SUBTOTAL     $ _____**0.00**_____   $ _____

4.  LESS PAYROLL DEDUCTIONS
    a.  Payroll taxes and social security     $ _____   $ _____
    b.  Insurance     $ _____   $ _____
    c.  Union dues     $ _____   $ _____
    d.  Other (Specify):     $ _____   $ _____

5.  SUBTOTAL OF PAYROLL DEDUCTIONS     $ _____**0.00**_____   $ _____

6.  TOTAL NET MONTHLY TAKE HOME PAY     $ _____**0.00**_____   $ _____

7.  Regular income from operation of business or profession
    or farm (Attach detailed statement)     $ _____   $ _____
8.  Income from real property     $ _____   $ _____
9.  Interest and dividends     $ _____   $ _____
10. Alimony, maintenance or support payments payable to the
    debtor for the debtor's use or that of dependents listed
    above     $ _____   $ _____
11. Social security or government assistance
    (Specify):

    | Description | Amount |
    |---|---|
    | **Social Security - Disability** | **$704.00** |
    | **LINK** | **$170.00** |

          $ _____**874.00**_____   $ _____

12. Pension or retirement income     $ _____   $ _____
13. Other monthly income
    (Specify):     $ _____   $ _____

14. SUBTOTAL OF LINES 7 THROUGH 13     $ _____**874.00**_____   $ _____

15. AVERAGE MONTHLY INCOME (Add amounts on
    lines 6 and 14)     $ _____**874.00**_____   $ _____

16. COMBINED AVERAGE MONTHLY INCOME:
    (combine column totals from line 15)          $ _____**874.00**_____

(Report also on Summary of Schedules and, if applicable, on

**B6I (Official Form 6I) (12/07)**

In re  Lemichael  W Jackson,                               Case No.  _____
                    **Debtor**                                                                           **(if known)**

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Statistical Summary of Certain Liabilities and Related Data)

17.    Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B 6J (Official Form 6J) (12/07)

In re  **Lemichael  W Jackson,** _____     Case No. _____
       _____Debtor_____                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $400.00 |
| | a.  Are real estate taxes included?  Yes _____  No __X__ | |
| | b.  Is property insurance included?  Yes _____  No __X__ | |
| 2. | Utilities:  a.   Electricity and heating fuel | $100.00 |
| | b.   Water and sewer | |
| | c.   Telephone | $40.00 |
| | d.   Other _____ | $_____ |
| 3. | Home maintenance (repairs and upkeep) | |
| 4. | Food | $75.00 |
| 5. | Clothing | $20.00 |
| 6. | Laundry and dry cleaning | $15.00 |
| 7. | Medical and dental expenses | $20.00 |
| 8. | Transportation (not including car payments) | $70.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. | Charitable contributions | |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | |
| | a.   Homeowner's or renter's | |
| | b.   Life | |
| | c.   Health | |
| | d.   Auto | $40.00 |
| | e.   Other _____ | $_____ |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $_____ |
| 13. | Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| | a.   Auto | $200.00 |
| | b.   Other _____ | $_____ |
| 14. | Alimony, maintenance, and support paid to others | |
| 15. | Payments for support of additional dependents not living at your home | |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17. | Other _____ | $_____ |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $        980.00 |
| 19. | Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: ***Expense anticipated change TE*** | |
| 20. | STATEMENT OF MONTHLY NET INCOME | |
| | a.   Average monthly income from Line 15 of Schedule I | $        874.00 |
| | b.   Average monthly expenses from Line 18 above | $        980.00 |
| | c.   Monthly net income (a. minus b.) | $       -106.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ILLINOIS

In re  **Lemichael  W Jackson**

_____,      Case No. _____
                                Debtor
                                                 Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 1,480.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 800.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 26 | | $ 81,178.02 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 874.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 980.00 |
| TOTAL | | 39 | $ 1,480.00 | $ 81,978.02 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### NORTHERN DISTRICT OF ILLINOIS

In re  **Lemichael  W Jackson**

_____ ,          Case No. _____

Debtor

Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $           0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $           0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $           0.00 |
| Student Loan Obligations (from Schedule F) | $      24,917.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $           0.00 |
| TOTAL | $      24,917.00 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $         874.00 |
| Average Expenses (from Schedule J, Line 18) | $         980.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $         874.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $         300.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $           0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $           0.00 |
| 4.  Total from Schedule F | | $      81,178.02 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $      81,478.02 |

In re **Lemichael  W Jackson** _____ ,    Case No. _____
                    **Debtor**                                                          **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __41__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: **s/Lemichael  W Jackson** _____
                                                                          **Lemichael  W Jackson**  Debtor

Date _____          Signature: _____
                                                                                        (Joint Debtor, if any)

                                                    [If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,                                Social Security No.
of Bankruptcy Petition Preparer                                            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____      _____
  Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                          Signature: _____

                                                          _____
                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re Lemichael  W Jackson _____     Case No. _____
                    Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**B 1D** (Official Form 1, Exh. D) (12/09) – Cont.

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of:

❒ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❒ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**)**;
❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  s/Lemichael  W Jackson _____

Date: _____

2

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In re: Lemichael  W Jackson _____     Case No _____
      <u>Debtor</u>                                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☒        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

**2. Income other than from employment or operation of business**

None
☐        State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a

joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| Debtor: | | |
| | Current Year (2013): $2,816.00 | S.S. Disability YTD |
| | Previous Year 1 (2012): $8,448.00 | S.S - Disability |
| | Previous Year 2 (2011): $8,448.00 | S.S. - Disability |
| Joint Debtor: | N/A | |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☒  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor: | | | |

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
***IF within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that
Bankruptc constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)
y any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
payments repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors
nonconsu filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
mer debts not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
tf CO***

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

***IF (Bankruptcy nature of debts business TF OR Bankruptcy nature of debts also business TF) OR (Bankruptcy jdtr nature of debts business TF OR Bankruptcy jdtr nature of debts also business TF)***

None ☒  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must

---

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None ☒   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None ☒   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Debtor:

---

### 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding

☒ the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous

material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☒

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

> *If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

> *If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☒

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                DATES SERVICES RENDERED

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                          ADDRESS

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

### 20. Inventories

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DOLLAR AMOUNT
OF INVENTORY

|                   |                      | (Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------------|
| DATE OF INVENTORY | INVENTORY SUPERVISOR |                                       |

None ☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|                   | NAME AND ADDRESSES OF CUSTODIAN |
|-------------------|----------------------------------|
| DATE OF INVENTORY | OF INVENTORY RECORDS             |

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

---

### 22. Former partners, officers, directors and shareholders

None ☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____        Signature of Debtor    s/Lemichael  W Jackson _____

Date _____        Signature of Joint Debtor (if any)    _____

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re   Lemichael  W Jackson _____          Case No. _____
       Debtor                                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Credit Acceptance Corp. | **Describe Property Securing Debt**:<br>1999 Mercury Moutaineer |

Property will be *(check one)*:
      ☐ Surrendered       ☒ Retained

If retaining the property, I intend to *(check at least one)*:
      ☐ Redeem the property
      ☒ Reaffirm the debt
      ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
      ☒ Claimed as exempt       ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____          s/Lemichael  W Jackson _____
                                  Signature of Debtor

                                  _____
                                  Signature of Joint Debtor